## Victor M Garcia

**Fort Worth Hispanic Chamber O** 1327 N Main St Fort Worth, TX 7610

| | |
|---|---|
| Company 103108001 | Period Begin 3/1/2008 |
| Number 122 | Period End 3/15/2008 |
| Social Security # | Check Number -99998462 |
| Hire Date 5/16/2007 | Check Date 3/14/2008 |

Division 0
Branch
Department 200
Team

Sick 40.00-0.00=40.00 HOURS
Vacation 86.66-0.00=86.66 HOURS

### Earnings

| Description | Location / Job | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|---|
| Salary | | 0.00 | 0.00 | 1287.50 | 6362.50 |
| Retro Pay | | | | | 75.00 |
| | | | | | |
| **Total Earnings** | | | 0.00 | 1287.50 | 6437.50 |
| **NET PAY** | | 1151.92 | **Total Direct Deposits** | | 1151.92 |

### Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/4) (1287.50) | 37.08 | 185.40 |
| OASDI (1287.50) | 79.83 | 399.14 |
| Medicare (1287.50) | 18.67 | 93.36 |
| Checking 1 00147XXXX | 1151.92 | 4638.56 |
| **Total Deductions** | 1287.50 | 5316.45 |
| **Check Amount** | 0.00 | 1121.04 |

---

## Victor M Garcia

**Fort Worth Hispanic Chamber O** 1327 N Main St Fort Worth, TX 76106

| | |
|---|---|
| Company 103108001 | Period Begin 6/16/2008 |
| Number 122 | Period End 6/30/2008 |
| Social Security # | Check Number -99998232 |
| Hire Date 5/16/2007 | Check Date 6/30/2008 |

Division 0
Branch
Department 200
Team

Sick 80.00-0.00=80.00 HOURS
Vacation 109.97-0.00=109.97 HOURS

### Earnings

| Description | Location / Job | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|---|
| Salary | | 0.00 | 0.00 | 1287.50 | 15375.00 |
| Retro Pay | | | | | 75.00 |
| | | | | | |
| **Total Earnings** | | | 0.00 | 1287.50 | 15450.00 |
| **NET PAY** | | 1151.92 | **Total Direct Deposits** | | 1151.92 |

### Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/4) (1287.50) | 37.08 | 444.96 |
| OASDI (1287.50) | 79.83 | 957.95 |
| Medicare (1287.50) | 18.67 | 224.05 |
| Checking 1 00147XXXX | 1151.92 | 12702.00 |
| **Total Deductions** | 1287.50 | 14328.96 |
| **Check Amount** | 0.00 | 1121.04 |

**Victor M Garcia**

| | | |
|---|---|---|
| Company 103108001 | Period Begin 6/1/2008 | Division 0 |
| Number 122 | Period End 6/15/2008 | Branch |
| Social Security # | Check Number -99998264 | Department 200 |
| Hire Date 5/16/2007 | Check Date 6/13/2008 | Team |

**Fort Worth Hispanic Chamber Of** 1327 N Main St Fort Worth, TX 76106

Sick  80.00-0.00=80.00 HOURS
Vacation  106.64-0.00=106.64 HOURS

## Earnings

| Description | Location / Job | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|---|
| Salary | | 0.00 | 0.00 | 1287.50 | 14087.50 |
| Retro Pay | | | | 75.00 | |
| **Total Earnings** | | | 0.00 | 1287.50 | 14162.50 |

## Deductions

| Description | Current | Year To Date |
|---|---|---|
| Fed (M/4) (1287.50) | 37.08 | 407.88 |
| OASDI (1287.50) | 79.83 | 878.12 |
| Medicare (1287.50) | 18.67 | 205.38 |
| Checking 1 00147XXXX | 1151.92 | 11550.08 |
| **Total Deductions** | 1287.50 | 13041.46 |

**NET PAY**  1151.92  | **Total Direct Deposits**  1151.92 | **Check Amount**  0.00  1121.04

---

THIS DOCUMENT HAS A VOID PANTOGRAPH, MICROPRINTING AND AN ARTIFICIAL WATERMARK.

**Fort Worth Hispanic Chamber Of Commerce**
1327 N Main St
Fort Worth, TX 76106

Wells Fargo Bank, N.A.

1210
0248

Check Date 6/13/2008          Check Number Memo

Pay  *No Dollars and No Cents*                                $ * * * * * * * * * * * *

**To the Order of:**
0          200          122   -99998264          PAY ONLY 0 0 0 CTS CTS

**Victor M Garcia**
11901 Blue Creek Dr          NON NEGOTIABLE
Fort Worth, TX 76008

Authorized Signature