TARRANT COUNTY COLLEGE DISTRICT, 1500 HOUSTON STREET, FORT WORTH, TEXAS 76102-6599

NAME  Linda A. Garcia                                   ADVICE # 147263              DATE: 06/30/2008

EMP ID  0201796    TITLE  Director of Corporate Services    FEDERAL STATUS  Married 4 Exmpt

| EARNINGS | HOURS | CURRENT | WAGES | YTD | CURRENT | OTHER DEDUCTIONS | YTD | CURRENT |
|---|---|---|---|---|---|---|---|---|
| REG | | 6,270.67 | Gross Wages | 37,624.02 | 6,270.67 | HlthS Family | 2,063.88 | 343.98 |
| | | | FWHM Wages | 33,420.90 | 5,570.15 | Dental Family | 397.38 | 66.23 |
| | | | MEDI Wages | 35,922.90 | 5,987.15 | Emp Life 4XSal | 164.16 | 27.36 |
| | | | FICA Wages | 35,922.90 | 5,987.15 | DepLife-AfterTax | 8.28 | 1.38 |
| | | | | | | AD&D Family | 48.00 | 8.00 |
| | | | TAXES | YTD | CURRENT | LT Disability | 263.34 | 43.89 |
| | | | FWHM | 2,974.38 | 495.73 | TCC Ins Contr | -900.00 | -150.00 |
| | | | MEDI | 520.86 | 86.81 | SuppHlth Emp&Fam | 81.30 | 13.55 |
| | | | FICA | 2,227.20 | 371.20 | VALIC ORP | 2,502.00 | 417.00 |
| | | | Total Taxes | | 953.74 | | | |
| Gross Earnings | | 6,270.67 | EMPLOYEE BANK INFORMATION | | | | | |
| LEAVE INFORMATION | | | BANK*****1533 | | | | | |
| | | | | | | Total Deductions | | 771.39 |
| STATEMENT OF EARNINGS AND DEDUCTIONS RETAIN FOR YOUR RECORDS | | | | | | NET PAY | | 4,545.54 |

TARRANT COUNTY COLLEGE DISTRICT, 1500 HOUSTON STREET, FORT WORTH, TEXAS 76102-6599

NAME  Linda A. Garcia                                         ADVICE # 143911           DATE: 05/29/2008
EMP ID  0201796   TITLE  Director of Corporate Services       FEDERAL STATUS  Married 4 Exmpt

| EARNINGS | HOURS | CURRENT | WAGES | YTD | CURRENT | OTHER DEDUCTIONS | YTD | CURRENT |
|---|---|---|---|---|---|---|---|---|
| REG | | 6,270.67 | Gross Wages | 31,353.35 | 6,270.67 | HlthS Family | 1,719.90 | 343.98 |
| | | | FWHM Wages | 27,850.75 | 5,570.15 | Dental Family | 331.15 | 66.23 |
| | | | MEDI Wages | 29,935.75 | 5,987.15 | Emp Life 4XSal | 136.80 | 27.36 |
| | | | FICA Wages | 29,935.75 | 5,987.15 | DepLife-AfterTax | 6.90 | 1.38 |
| | | | | | | AD&D Family | 40.00 | 8.00 |
| | | | TAXES | YTD | CURRENT | LT Disability | 219.45 | 43.89 |
| | | | FWHM | 2,478.65 | 495.73 | TCC Ins Contr | -750.00 | -150.00 |
| | | | MEDI | 434.05 | 86.81 | SuppHlth Emp&Fam | 67.75 | 13.55 |
| | | | FICA | 1,856.00 | 371.20 | VALIC ORP | 2,085.00 | 417.00 |
| | | | Total Taxes | | 953.74 | | | |
| Gross Earnings | | 6,270.67 | EMPLOYEE BANK INFORMATION | | | | | |
| LEAVE INFORMATION | | | BANK*****1533 | | | | | |

Total Deductions        771.39

STATEMENT OF EARNINGS AND DEDUCTIONS RETAIN FOR YOUR RECORDS        NET PAY    4,545.54

TARRANT COUNTY COLLEGE DISTRICT, 1500 HOUSTON STREET, FORT WORTH, TEXAS 76102-6599

NAME  Linda A. Garcia                                      ADVICE # 143911                DATE: 05/29/2008
EMP ID  0201796    TITLE  Director of Corporate Services   FEDERAL STATUS  Married 4 Exmpt

| EARNINGS | HOURS | CURRENT | WAGES | YTD | CURRENT | OTHER DEDUCTIONS | YTD | CURRENT |
|---|---|---|---|---|---|---|---|---|
| REG | | 6,270.67 | Gross Wages | 31,353.35 | 6,270.67 | HlthS Family | 1,719.90 | 343.98 |
| | | | FWHM Wages | 27,850.75 | 5,570.15 | Dental Family | 331.15 | 66.23 |
| | | | MEDI Wages | 29,935.75 | 5,987.15 | Emp Life 4XSal | 136.80 | 27.36 |
| | | | FICA Wages | 29,935.75 | 5,987.15 | DepLife-AfterTax | 6.90 | 1.38 |
| | | | | | | AD&D Family | 40.00 | 8.00 |
| | | | TAXES | YTD | CURRENT | LT Disability | 219.45 | 43.89 |
| | | | FWHM | 2,478.65 | 495.73 | TCC Ins Contr | -750.00 | -150.00 |
| | | | MEDI | 434.05 | 86.81 | SuppHlth Emp&Fam | 67.75 | 13.55 |
| | | | FICA | 1,856.00 | 371.20 | VALIC ORP | 2,085.00 | 417.00 |
| | | | Total Taxes | | 953.74 | | | |
| Gross Earnings | | 6,270.67 | EMPLOYEE BANK INFORMATION | | | | | |
| LEAVE INFORMATION | | | BANK*****1533 | | | | | |

Total Deductions     771.39

STATEMENT OF EARNINGS AND DEDUCTIONS RETAIN FOR YOUR RECORDS     NET PAY     4,545.54