BTXN 112 (rev. 10/02)

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| Victor Garcia | § | Case No.:  08–43297–dml7 |
| Linda Garcia | § | Chapter No.:  7 |
| Debtor(s) | § | |

## ORDER APPROVING TRUSTEE REPORT AND DISCHARGING TRUSTEE

The Trustee appointed in the above listed case has filed the Trustee's Report. It is, therefore

**ORDERED** that the trustee be discharged.


DATED:  11/6/08                    FOR THE COURT:
                                   Tawana C. Marshall, Clerk of Court